UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LACY EDWARD LEWIS,

    Petitioner,

v.                                         Case No. 4:16cv544-RH-CJK

STATE OF FLORIDA,

    Respondent.

_____/

REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court on referral from the clerk. On September 1, 2016, the court ordered petitioner to file, within thirty days, an amended habeas corpus petition on the court's § 2254 form accompanied by two service copies of same. (Doc. 10). Petitioner has not complied with the order and has not responded to the October 18, 2016, order (doc. 11) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with a court order.[1]

---

[1] It appears petitioner has two other § 2254 habeas proceedings pending in this court: *Lewis v. Sec'y, Fla. Dep't of Corr.*, Case No. 4:15cv608-WS-GRJ; and *Lewis v. Jones*, Case No. 1:18cv93-MW-CJK.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with a court order.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 18th day of September, 2018.

<u>*/s/ Charles J. Kahn, Jr.*</u>
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.